**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:   **Autumn Lynn Marchand**

Case No.: **19–51510–lrc**
Chapter:  **7**
Judge:  **Lisa Ritchey Craig**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 1/29/19 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 02/05/19**
None Apply

**To be Filed by 02/12/19**
Statement of Financial Affairs (Official Form B107)
Schedules A/B thru J (Official Forms B106A/B – B106J)
Summary of Assets and Liabilities (Official Form B106 Summary)
Declaration About Debtor's Schedules (Official Form B106)
Attorney Disclosure of Compensation Form (Official Form B2030)
Chapter 7 Statement of Your Current Monthly Income (Form B122 A–1) and, if applicable, Chapter 7 Means Test Calculation (Form B122 A–2)
Certificate of Credit Counseling
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.

**To be filed by 02/28/19**
Statement of Intention (Official Form B108)

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on January 30, 2019.

Lisa Ritchey Craig
United States Bankruptcy Judge

Form 430b December 2018

United States Bankruptcy Court
Northern District of Georgia

In re:  
Autumn Lynn Marchand  
     Debtor

Case No. 19-51510-lrc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9      User: kpc2      Page 1 of 1      Date Rcvd: Jan 30, 2019  
                        Form ID: 430b      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2019.  
db         +Autumn Lynn Marchand,   1509 Pine Log Place,   Austell, GA 30168-5818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2019 at the address(es) listed below:  
         Howard P. Slomka    on behalf of Debtor Autumn Lynn Marchand se@myatllaw.com, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com  
         Martha A. Miller    mmiller@mmillertrustee.com, mam@trustesolutions.net  
         Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov  
    TOTAL: 3